JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN CARLOS REYES, <br> Petitioner, <br> v. <br> CALIFORNIA DEPARTMENT OF CORRECTIONS et al., <br> Respondent. | Case No. CV 16-09624-CAS (DFM) <br><br> JUDGMENT |

Pursuant to the Order of Summary Dismissal Without Prejudice,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: January 9, 2016

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge